IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Daniel Mitchell (#M-39928), | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 15 C 50060 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Iain Johnston |
| Timothy Prater, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

On October 31, 2016, the Court ordered Plaintiff to submit his substantive response to Defendants' motion for summary judgment by November 21, 2016, warning him that if he failed to comply, this matter would be dismissed with prejudice for failure to prosecute his case. Plaintiff has not responded to the Court's order or submitted a substantive response to Defendants' motion. Accordingly, this Court respectfully recommends to the District Judge that this matter be dismissed for want of prosecution. Specific written objections to this report and recommendation may be served and filed within 14 days from the date that this order is served. Fed. R. Civ. P. 72. Failure to file objections with the district court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this court in the report and recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

Date: December 5, 2016 /s/Iain D. Johnston
U.S. Magistrate Judge