# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Mitchell (#M-39928), ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No: 15 C 50060 |
| ) | |
| Timothy Prater, et al., ) | |
| ) | |
| *Defendants*. ) | Judge Frederick J. Kapala |

## ORDER

On December 5, 2016, a Report and Recommendation [59] was filed by Magistrate Judge Iain Johnston, recommending that the matter be dismissed with prejudice for Plaintiff's failure to prosecute the case. Plaintiff was given until December 19, 2016, to file any objection; none has been filed. Accordingly, this Court adopts the Report and Recommendation [59] in its entirety. This matter is dismissed with prejudice for want of prosecution. This matter is closed and all pending motions are denied as moot.

Date: 1/13/2017                    ENTER:

_____
FREDERICK J. KAPALA
District Judge